TUCKER ELLIS LLP
Ronie M. Schmelz (SBN 130798)
ronie.schmelz@tuckerellis.com
515 South Flower Street, 42nd Floor
Los Angeles, CA
Tel: (213) 430-3400
Fax: (213) 430-3409

Chelsea Royce Mikula (SBN 289330)
950 Main Avenue, Suite 1100
Cleveland, OH 44113
chelsea.mikula@tuckerellis.com
Tel: (216) 696-2476
Fax: (216) 592-5000

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XL CATLIN INSURANCE COMPANY UK LIMITED, as assignee for Benefit Cosmetics LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>NUWORLD BEAUTY CORPORATION,<br><br>    Defendant,<br><br>vs.<br><br>AUTUMN HARP, INC.<br>    Third-Party Defendant. | Case No.: 3:19-cv-06228-EMC<br><br>**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

   Plaintiff XL Catlin Insurance Company UK Limited, as assignee for Benefit Cosmetics LLC; Defendant and Third-Party Plaintiff Nu-World Corporation; and Third-Party Autumn Harp, Inc., through their respective undersigned counsel, hereby stipulate to the dismissal of all claims in this case against Nu-World Corporation, and all cross-claims against Autumn Harp, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//
//

Dated: December 16, 2021

By: /s/ Ronie M. Schmelz

TUCKER ELLIS LLP
Ronie M. Schmelz (SBN 130798)
ronie.schmelz@tuckerellis.com
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071
Tel: (213) 430-3400
Fax: (213) 430-3409

Chelsea Royce Mikula (SBN 289330)
chelsea.mikula@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel: (216) 696-2476
Fax: (216) 592-5000

*Attorneys for Plaintiff XL Catlin Insurance Company UK Limited, as assignee for Benefit Cosmetics LLC*

By: /s/ Adam B. Wolfson

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
Michael J. Madigan (SBN 252182)
michaelmadigan@quinemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

*Attorneys for Defendant*

By: /s/ Tyler Atkinson

MCMANIS FAULKNER
Tyler Atkinson (SBN 257997)
tatkinson@mcmanislaw.com
50 West San Fernando Street, 10th Floor
San Jose, California 95113

*Attorneys for Cross-Defendant*

Concurrence in the filing of this stipulated dismissal has been obtained from the foregoing signatories pursuant to United States District Court, Northern District of California General Order 45(X)(B).

By: /s/ Ronie M. Schmelz

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA